ATCHISON, T. & S. F. RY. Co. *et al.* v. STATE.

No. 641.     Opinion Filed October 20, 1909.

(104 Pac. 1089.)

**RAILROAD RATES—Regulation by Corporation Commission.** Same Syllabus as in Midland Valley Railroad Co. et al. v. State, No. 736, decided at this term ante, p. 817, 104, Pac. 1086.

(Syllabus by the Court.)

*Appeal from . Corporation Commission.*

Action by the State against the Atchison, Topeka & Santa Fe Railway Company and others. From an order fixing the freight rates, the Atchison, Topeka & Santa Fe Railway Company and others appeal. Remanded, with directions.

On the 14th day of December, A. D. 1907, this proceeding was begun by the commission against the Atchison, Topeka & Santa Fe Railway Company, the St. Louis & San Francisco Railroad Company, the Midland Valley Railroad Company, the Missouri, Kansas & Texas Railway Company, the Gulf, Colorado & Santa Fe Railway Company, the Chicago, Rock Island & Pacific Railway Company, the St. Louis, Iron Mountain & Southern Railway Company, the Kansas City Southern Railway Company, the Ft. Smith & Western Railway Company, the Kansas City, Mexico & Orient Railway Company, the Oklahoma Central Railroad Company and Asa E. Ramsey as receiver thereof, and the Missouri, Oklahoma & Gulf Railway Company, appellants herein, by causing to be published in the Guthrie Leader, a daily paper published in Guthrie, Logan county, state of Oklahoma, a certain proposed order No. 2, relating to coal rates within the state, and thereafter on the 14th day of January, A. D. 1908, a hearing was had thereon, which was continued from day to day, and on January 31, A. D. 1908, a certain order, designated as final order No. 9, relating to such rates, was made and entered, and on the 30th day of January, A. D. 1909, the record in said cause was

certified by the chairman of the commission to this court. On the 11th day of September, A. D. 1909, the counsel for appellee moved to dismiss this appeal on the grounds: (1) That neither the appeal nor the application for certification was made in due time. (2) That no statement of facts was contained within the record, although the certificate recited the fact that no such statement was made of record by the commission. (3) That it was the duty of the appellant to cause to be made and preserved such record, if they desire to prosecute such appeal.

*S. T. Bledsoe, C. O. Blake, Clifford L. Jackson,* and *Edgar A. De Meules,* for appellants.

*Geo. A. Henshaw,* Asst. Atty. Gen., for the State.

WILLIAMS, J. (after stating the facts as above). The case of *Midland Valley Railroad Co. et al. v. State of Oklahoma,* No. 736, heretofore decided at this term, *ante,* p. 817, 104, Pac. 1086, concludes this case, both as to law and fact.

The motion to dismiss the appeal is accordingly overruled, and the case remanded to the commission, with like instructions.

All the Justices concur.